UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| NAVADA NATHON FOSTER<br>    LA. DOC #381340 | CIVIL ACTION NO. 3:12-cv-2005 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WESTERN DISTRICT OF<br>LOUISIANA, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's Complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.**

MONROE, LOUISIANA, this 12th day of February, 2013.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE